AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| Brandon DUMONT | ) Case No. 1:22-mj- 67-01-AJ |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 10, 2022__ in the county of __Carroll__ in the District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During the Attempted Aquisition of a Firearm |

This criminal complaint is based on these facts:

Please see affidavit of Patrick Dawley SA - ATF.

☑ Continued on the attached sheet.

/s/ Patrick Dawley
*Complainant's signature*

Patrick Dawley SA - ATF
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Apr 10, 2022**

*Judge's signature*

City and state: Concord, New Hampshire

Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*